E-FILED
Monday, 02 July, 2007 03:56:15 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | **FILED**<br>JUN 22 2007<br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS |
| This Document Relates To:<br><br>Cases from the law firm of<br>Cascino Vaughan Law Offices, Ltd. | Civil Action No. MDL 875 |
| U.S. DISTRICT COURT FOR THE<br>CENTRAL DISTRICT OF ILLINOIS,<br>PEORIA DIVISION<br><br>Hutchinson v. A. C. and S., Inc., et al.<br>Case No. 97-1259 | |

## MOTION TO SUGGEST REMAND

Now comes Plaintiff, Artheida J. Hutchinson, as special administrator for the estate of Jack W. Hutchinson, by one of her attorneys, MICHAEL P. CASCINO, and moves this Court to suggest remand of Hutchinson's case to the U.S. District Court for the Central District of Illinois, Peoria Division, for trial and states:

1.  Jack W. Hutchinson, now deceased, had lung cancer and is entitled to trial for money damages against the defendants.

2.  A copy of the diagnosis of lung cancer is attached hereto.

WHEREFORE, plaintiff prays this Honorable Court enter an order suggesting remand to the U.S. District Court for the Central District of Illinois, Peoria Division.

*DENIED w/o prejudice*

s/ Judge
James T. Giles    J.
6/22/2007

Respectfully submitted,

By: _____
One of Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)

PROCTOR HOSPITAL
5409 N. Knoxville Avenue, Peoria, Illinois 61614
DEPARTMENT OF PATHOLOGY
(309)692-4430   FAX(309)691-9163

****************** SURGICAL PATHOLOGY CONSULTATION REPORT ******************

NAME: HUTCHINSON, JACK W                                    ACCESSION #: S4195-96
    Birthdate: 12/25/1922          434-B
    Age / Sex: 73Y M            Location: ~~271-A~~              Collected: 07/02/96
    MR #: 860019632             Attending: MONTGOMERY, CH    Received:  07/02/96
    ACCT #: 6382360             Ordering: MONTGOMERY, CH
    SS #:                       Copy To: TAYLOR, BERNARD

PREVIOUS ACCESSIONS:
    S4165-96   C682-96   C683-96   C684-96   C685-96   S4050-96   S9328-93
    S6450-93   S1928-93  S4170-91  S2469-91

SPECIMENS:
    A:  POSTERIOR HILAR LYMPH NODE FOR FS
    B:  LEFT UPPER LOBE LUNG FOR FS
    C:  AORTO-PULMONARY LYMPH NODE
    D:  MEDIAL AORTO-PULMONARY LYMPH NODE

CLINICAL INFORMATION:
    Lt. lung squamous cell carcinoma

GROSS DESCRIPTION:
    Specimen A is labeled posterior hilar lymph node from the left lung and consists of a 1.8 cm anthracotic lymph node which was bisected and examined by frozen section. A frozen section diagnosis of "Negative for tumor" was rendered to Dr. Montgomery at 15:49 hours on 7/2/96. Two pieces, one cassette as FS-A.
    Specimen B is labeled left upper lobe of lung and consists of a large portion of lung weighing 435 grams and measuring 35x15x6 cm. A frozen section of the bronchial margin was performed, and a diagnosis of "Margin free" was rendered.
    On serial section of the specimen, a cavitating neoplasm is noted centrally measuring approximately 3.5 cm in maximum dimension. It is located within 10 cm of the pleura. The pleura and other surgical margins are free of this neoplasm, however. Representative sections of the neoplasm are submitted. Four pieces, four cassettes plus FS.
    A segment of rib measures 17.5 cm in length and up to 1.5 cm in width. It is grossly unremarkable. A portion of the marrow is submitted as block 5.
    C.  "Aorto-pulmonary lymph node"  One 1.8x1x0.8 cm anthracotic lymph node without evident tumor. All embedded. Four pieces, two cassettes.
    D.  "Medial aorto-pulmonary lymph node"  One 3x2x1.5 cm fragment of adipose tissue containing two 0.3 to 2 cm in largest diameter anthracotic lymph nodes without evident tumor. All of nodes embedded. Four pieces, two cassettes.

ACC/DJF:db

Continued on Page 2

1

PROCTOR HOSPITAL
5409 N. Knoxville Avenue, Peoria, Illinois 61614
DEPARTMENT OF PATHOLOGY
(309)692-4430   FAX(309)691-9163

****************** SURGICAL PATHOLOGY CONSULTATION REPORT *****************

NAME: HUTCHINSON, JACK W                                ACCESSION #: S4195-96
MR #: 860019632

MICROSCOPIC DESCRIPTION:
  Permanent sections of specimen A confirm the frozen section diagnosis of negative for tumor. Moderate deposition of anthracotic pigment is noted.
  Permanent sections of specimen B confirm that the bronchial surgical margin of the left upper lobectomy of lung is negative for neoplasm.
  Sections of the neoplasm confirm the prior fine needle aspiration biopsy which demonstrated a squamous cell carcinoma (S4050-96). A large central necrotic cavity is present surrounded by a rim of squamous cell carcinoma. The carcinoma is moderately differentiated. In some regions the neoplasm is poorly differentiated. The rim of neoplasm is relatively thin in relationship to the diameter of the tumor cavity. Mild interstitial fibrosis is noted in the adjacent lung tissue. Moderate deposition of anthracotic pigment and emphysematous degeneration is noted. The neoplasm appears well circumscribed and does not extend to the pleural margin.
  Sections of the bone marrow from the left rib is essentially normal with no evidence of metastatic neoplasm.
  Sections of specimen C from the aorto-pulmonary window demonstrate lymph nodes with moderate anthracosis. No evidence of metastatic neoplasm is noted in the lymph nodes in specimen C.
  Sections of specimen D, said to be from the medial aorto-pulmonary region demonstrate large lymph nodes with moderate deposition of anthracotic pigment and reactive germinal centers. No evidence of metastatic neoplasm or granuloma is identified.
  A preliminary report was issued on 7/3/96.

FINAL DIAGNOSIS:

A.  LYMPH NODE, LEFT POSTERIOR HILAR, EXCISION: ANTHRACOSIS (NEGATIVE FOR NEOPLASM)
B.  LUNG, LEFT UPPER LOBE, LOBECTOMY: SQUAMOUS CELL CARCINOMA, MODERATE TO POORLY DIFFERENTIATED (GRADES II-III) WITH CENTRAL NECROSIS AND CAVITATION
C.  LYMPH NODE, AORTO-PULMONARY, EXCISION: ANTHRACOSIS (NEGATIVE FOR NEOPLASM)
D.  LYMPH NODE, MEDIAL AORTO-PULMONARY, EXCISION: ANTHRACOSIS (NEGATIVE FOR NEOPLASM)

ACC:db/js
BC:ZLNB,ZLNB,ZLNB,ZLTR

                                                ALLAN C. CAMPBELL, M.D.
                                                Pathologist, PTPG, S.C.

Reported: 07-06-96
XFS,2

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | |
| This Document Relates To:<br><br>Cases from the law firm of<br>Cascino Vaughan Law Offices, Ltd.<br><br>U.S. DISTRICT COURT FOR THE<br>CENTRAL DISTRICT OF ILLINOIS,<br>PEORIA DIVISION<br><br>Hutchinson v. A. C. and S., Inc, , et al.<br>Case No. 97-1259 | Civil Action No. MDL 875 |

**FILED**

JUN 2 2 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion To Remand to the United States District Court for the Central District of Illinois, Peoria Division, and the Court having reviewed this case and having had settlement conferences with the parties; and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the United States District Court for the Central District of Illinois, Peoria Division for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: _____

_____
Honorable James T. Giles

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>This Document Relates To:<br><br>Cases from the law firm of<br>Cascino Vaughan Law Offices, Ltd.<br><br>U.S. DISTRICT COURT FOR THE<br>CENTRAL DISTRICT OF ILLINOIS,<br>PEORIA DIVISION<br><br>Hutchinson v. A. C. and S., Inc, , et al.<br>Case No. 97-1259 | Civil Action No. MDL 875 |

## NOTICE OF FILING

TO:   All Counsel
      (See attached Service List)

PLEASE TAKE NOTICE that on June 11, 2007, Plaintiff sent for filing with the Clerk of the United States District Court for the Eastern District of Pennsylvania, and electronically filed with the Clerk of the United States District Court in the Central District of Illinois, Peoria Division, Motion to Suggest Remand, a copy of which is attached and hereby served upon you.

Michael P. Cascino
CASCINO VAUGHAN LAW OFFICES, LTD.
220 S. Ashland Avenue
Chicago, Illinois 60607
(312) 944-0600

## PROOF OF SERVICE

I, the undersigned, under penalty of perjury, state: A true and correct copy of this notice and attached motion were served upon all counsel of record at their respective addresses listed on the attached Service List by depositing same in the U.S. Mail at Chicago, Illinois, prior to 5:00 p.m. on June 11, 2007 with proper postage prepaid.

_Arlene J Kamerski_

# SERVICE LIST
Hutchinson v. AC and S, Inc., et al
U.S.D.C. for the Eastern District of Pennsylvania Case No. MDL 875
U.S.D.C. for the Central District of Illinois (Peoria) Case No. 1:97-cv-1259-CRW

**Attorneys for Westinghouse Electric Corporation**

C. Michael Evert, Jr.
Evert & Weathersby, LLC
3405 Piedmont Road N.E.
Suite 225
Atlanta, GA 30305

**Attorney for Rapid American Corp**

Dennis J. Graber
Jeffrey T. Reel
Hinshaw & Culbertson
521 W. Main St., Ste. 300
Belleville, IL 62222
(618) 277-2400
(618) 277-1144 (fax)

Kathryn A. Schepp
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089

**Attorney for Georgia-Pacific Corporation**

Francis P. Morrissey
Joseph J. O'Hara Jr.
Schiff Hardin LLP
6600 Sears Tower
233 W. Wacker Dr.
Chicago, IL 60606
(312) 258-5500
Fax: (312) 258-5700

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

RE: ASBESTOS PRODUCTS LIABILITY LITIGATION    (VI)   MDL 875

Dear Clerk:

Enclosed please find executed orders pertaining to the referenced litigation. Since our clerk's office is not maintaining the court records on the involved 93,000 actions, we are forwarding these orders to you for summary entry on the individual dockets, distribution to counsel of record and other appropriate action.

Thank you in advance for your time and attention. If you have any questions, please call me at (267) 299-7019.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

By: MDL Coordinator

enclosure: